**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 271-6469
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURY ADKINS, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. CV15-02035 BLF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

The Court having considered Plaintiff's motion to for administrative relief requesting that the Court continue the Initial Case Management Conference, and good cause appearing:

**IT IS ORDERED THAT:**

The Initial Case Management Conference is continued to August 20, 2015 at ~~9:00 a.m.~~ 1:30 p.m. The deadline to submit a Joint Case Management Statement is continued accordingly.

DATED: July 29, 2015

_____
Hon. Beth Labson Freeman
United States District Court

-1-