UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAURY ADKINS,

        Plaintiff,

  v.

HEWLETT-PACKARD COMPANY,

        Defendant.

Case No.  15-cv-02035-BLF

**CASE MANAGEMENT ORDER**

On 08/20/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 12/17/2015 at 11:00 am |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Court GRANTS PLAINTIFF Leave to Amend Complaint as specified on the record. Amended Complaint due by 10/20/2015.

Dated: 08/20/2015

_____
BETH LABSON FREEMAN
United States District Judge